UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __5__

Thompson

-v-

USCA NO. _____

SDNY NO. 07cv5846

JUDGE: DAB

Office of Chief Medical Examiner et al

DATE: July 24, 2007

INDEX TO THE RECORD ON APPEAL

JUL 24 2007

PREPARED BY (NAME) _____THOMAS PISARCZYK_____
FIRM _____APPEALS SECTION_____
ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES -----------------------------------------

DOCUMENTS                                                            DOC#

Clerk's Certificate

See Attached List of Numbered Documents

(X) Original Record                          (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 24TH Day of July, 2007.

**United States District Court for
the Southern District of New York**

Date: July 24, 2007

U.S.C.A. # _____

------------------------------------------------

Thompson

-V-

U.S.D.C. # 07cv5846

D.C. JUDGE DAB

Office of Chief Medical Examiner et al
------------------------------------------------

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                    **Document Description**

_____
_____
_____
_____
_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 24th Day of July In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05846-DAB
### Internal Use Only

Thompson v. Office of Chief Medical Examiner et al
Assigned to: Judge Deborah A. Batts
Demand: $100,000
Cause: 42:1983 Civil Rights Act

Date Filed: 06/20/2007
Date Terminated: 06/20/2007
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/20/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Paul Thompson.(jeh) (Entered: 06/29/2007) |
| 06/20/2007 | 2 | COMPLAINT against Office of Chief Medical Examiner, Robert Shaler, Christopher Kamnik, Erika Sima, Meredith Rosenberg. Document filed by Paul Thompson.(jeh) (Entered: 06/29/2007) |
| 06/20/2007 | | Magistrate Judge Andrew J. Peck is so designated. (jeh) (Entered: 06/29/2007) |
| 06/20/2007 | 3 | ORDER OF DISMISSAL; Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2)(B) (ii) because it fails to state a claim in which a relief may be granted. I certify pursuant to 28 U.S.C. 1915(a)...that any appeal from this order would not be taken in good faith (Signed by Judge Deborah A. Batts on 06/20/2007) (jeh) Modified on 6/29/2007 (Horne, Jenny). (Entered: 06/29/2007) |
| 07/18/2007 | 4 | NOTICE OF APPEAL from [3] Order Dismissing Complaint (I.F.P.. Document filed by Paul Thompson. $455.00 APPEAL FEE DUE. IFP REVOKED 6/20/07. (tp) (Entered: 07/23/2007) |
| 07/23/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [4] Notice of Appeal. (tp) (Entered: 07/23/2007) |
| 07/23/2007 | | Transmission of Notice of Appeal to the District Judge re: [4] Notice of Appeal. (tp) (Entered: 07/23/2007) |