# MANDATE

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

Date: 10/12/07

Docket Number: 07-3185-pr

Short Title: Thompson v. Office of Chief Medical Examiner

DC Docket Number: 07-cv-5846

DC: SDNY (NEW YORK CITY)

DC Judge: Honorable Deborah Batts

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the Twelfth day of October, two thousand seven.

FILED OCT 12 2007

Paul Thompson,

    Plaintiff-Appellant,

v.

Office of Chief Medical Examiner, Forensic Biology Dept., Dr. Robert Shaler, Christopher Kamnik, Erika Sima (SEEMA), Meredith Rosenberg,

    Defendants-Appellees.

## ORDER OF DISMISSAL

NOTICE HAVING BEEN GIVEN that the appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and **APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed, **THIS APPEAL IS HEREBY DISMISSED.** Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

## CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____

For the Court:
Catherine O'Hagan Wolfe, Clerk
By: _____
Frank Perez, Deputy Clerk

Certified: OCT 12 2007